CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 27 2008

JOHN F. CORCORAN, CLERK
BY: HMcDonald
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

United States of America )
v. )
) Case No: 4:04CR70105-001
Shad Thomas Flippen )
) USM No: 10865-084
Date of Previous Judgment: November 10, 2005 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____    Amended Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: _____ to _____ months    Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

The United States has disclosed to the Court that Mr. Flippen has committed 28 infractions during his incarceration, some very serious such as assault. All show an utter disregard for prison rules and lawful order.

Except as provided above, all provisions of the judgment dated  Nov. 10, 2005  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3-27-08

Effective Date: ~~March 3, 2008~~
(if different from order date)

Judge's signature

Senior United States District Judge Jackson L. Kiser
Printed name and title